NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

METAL RECOVERY SOLUTIONS, INC.,
                Debtor(s)

BK-20-50660-btb
CHAPTER 7

Adversary Proceeding: 20-05025-btb

CHRISTOPHER P. BURKE, et al,
                Plaintiff(s)

vs

METAL RECOVERY SOLUTIONS, INC.
GEO-LOGIC ASSOCIATES, INC., et al,
                Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date: October 13, 2020
Hearing Time: 9:00 am

I, __Dolores Stigall__, certify that I am at least 18 years old and not a party to the matter concerning
      (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __8/18/20__
      (date)

by:

    ☒    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
        **By certified and regular mail to the attached service list**

    ☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

    ☐    Residence Service: By leaving the process with the following adult at:

    ☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    ☐    Publication: The defendant was served as follows: (Describe briefly)

    ☐    State Law: The defendant was served pursuant to the laws of the State of _____,
        as follows: (Describe briefly)                                (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __8/18/20__                              Signature: _Dolores Stigall_

| Print Name: | __Dolores Stigall__ |
|---|---|
| Business Address: | __429 Marsh Avenue__ |
| City: __Reno,__    State: __NV__    Zip: __89509__ | |

BURKE VS. METAL RECOVERY SOLUTIONS, et. al.
Adversary Proceeding Case No.: 20-5025

**SERVICE OF COMPLAINT REISSUED SUMMONS AND DISCOVERY PLAN SENT TO THE FOLLOWING BY CERTIFIED AND REGULAR MAIL ON 8/18/2020.**

Gary Lass, CEO, COF  CFO
Geo-Logic Associates, Inc.
2777 E Guasti Rd, Ste 1
Ontario, Ca 91761

Gary Lass, CEO, COF  CFO
Geo-Logic Associates, Inc.
2777 E Guasti Rd
Ontario, Ca 91761

Thom Seal, PhD, PE Resident Agent for
Metal Recovery Solutions, Inc.
P O Box 13014
Reno, Nv 89507

Thom Seal, PhD, PE Resident Agent for
Metal Recovery Solutions, Inc.
3565 Rock Ridge Ct.
Reno, NV 89512

In addition copies of the Adversary Complaint, Summons and Discovery Plan were emailed to Gary Lass, CEO, COF, CFO of Geo-Logic Associates, Inc. at the following address on 8/18/20.

garylass@geo-logic.com

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Thom Seal PHd, PE<br>Resident Agent for<br>Metal Recovery Solutions Inc<br>3565 Rock Ridge Ct<br>Reno NV 89512 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4752 8344 1647 25 | 3. Service Type<br>☑ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>Corp Record Simm : D. Plan | | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Thom Seal Phd PE<br>Resident Agent for<br>Metal Recovery Solutions Inc<br>P.O. Box 13014<br>Reno NV 89509 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4752 8344 1647 32 | 3. Service Type<br>☑ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>Corp Resumed · Dise Plan | | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Gary Lass Ceo Cfo Cof.<br>Geologic Associates Inc<br>2777 E Guasti Rd<br>Ontario, Ca 91761 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4752 8344 1647 49 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>Comp. Reissued Summon · Disc Plan | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Gary Lass Ceo, CFO Cof<br>Geologic Associates Inc.<br>2777 E. Guasti Rd Suite 1<br>Ontario Ca 91761 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4752 8344 1647 56 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>Copi Reissued Summo · Disc Plan | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

## Burke vs. Geologic Adv Matter 20-5025

From: Michael Lehners (michaellehners@yahoo.com)

To: garylass@geo-logic.com

Cc: mcl3303@aol.com; lbubala@kcnvlaw.com

Date: Tuesday, August 18, 2020, 10:30 AM PDT

Mr. Lass

As the CEO of Geo-Logic Associates, please see the attached which is the Adversary Complaint, Reissued Summons and Discovery Plan which Geo-Logic Associates is a party to. Hard copies have been sent to you by certified and regular mail as required by service

### *Dolores*
*Secretary* **to Michael Lehners, Esq.**

 metal vs. geo compl reisssued summons & disc. plan.PDF
293.1kB